Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Elizabeth McInnish

Plaintiff(s),

v.

Yahoo! Inc.

Defendant(s).

Case No: 5:12-cv-05173

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joshua A. Millican, an active member in good standing of the bar of State of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff and the putative class in the above-entitled action. My local co-counsel in this case is Jeffrey Anderson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 44 Broad Street NW, Suite 607<br>Atlanta, GA 30303 | 1500 7th Street, Apt. 12G<br>Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 522-1152 | (916) 397-8418 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| joshua.millican@lawofficepc.com | janderson.law30@yahoo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 508998.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  10/17/12

APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua A. Millican is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  10/19/2012

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE