Michele Floyd (SBN 163031)
michele@zwillgen.com
ZWILLGEN LAW LLP
915 Battery Street, Second Floor
Suite 3
San Francisco, CA 94111
Telephone: (415) 590-2340

Marc J. Zwillinger (*admitted pro hac vice*)
Marc@zwillgen.com
ZWILLGEN PLLC
1705 N. St. NW
Washington, DC  20036
Telephone:  (202) 296-3585

**Attorneys for Defendant**
YAHOO! INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MCINNISH, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YAHOO! Inc.,<br><br>　　　　　　Defendant. | Case No. 5:12-cv-05173 LHK<br><br>**[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Judge Lucy H. Koh |

　　　WHEREAS, Defendant Yahoo! filed a motion to dismiss which is scheduled for hearing on May 9, 2013;

　　　WHEREAS, the parties wish to modify the briefing schedule on that motion and, for the sake of efficiency, wish to continue the February 27, 2013 Case Management Conference and related papers until after the motion to dismiss is heard on May 9, 2013;

///

1  WHEREAS, the parties therefore request that the Court continue the February 27, 2013 Case Management Conference and modify the briefing schedule on the motion to dismiss as set forth below;

IT IS HEREBY STIPULATED, by and between the parties' counsel hereto, subject to approval by the Court, as follows:

1. Plaintiff's Opposition papers to the Motion to dismiss will be filed and served on March 8, 2013;
2. Defendant's Reply brief will be filed and served on April 8, 2013;
3. The Case Management Conference scheduled for February 27, 2013, shall be continued to May 9, 2013 at 1:30 p.m.;
4. The parties will file their Joint Case Management Statement on or before April 25, 2013.

Dated: January 16, 2013            **Law Office of Joshua A. Millican, P.C.**

/s/ Joshua A. Millican
Joshua A. Millican (*pro hac vice*)
Attorneys for Plaintiff

Dated: January 16, 2013            **ZWILLGEN LAW LLP**

/s/ Michele D. Floyd
Attorneys for Defendant Yahoo! Inc.

**IT IS SO ORDERED.**

Dated: January 22, 2013

*Lucy H. Koh*
Judge of the United States District Court

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I electronically filed the foregoing **[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Jeffrey L. Anderson, Esq.<br>Attorney at Law<br>1500 7th Street, Apt. 12G<br>Sacramento, CA 95814<br>Telephone: (916) 397-8418<br>Janderson.law30@yahoo.com | Joshua A. Millican, Esq.<br>Law Office of Joshua A. Millican P.C.<br>The Grant Building, Suite 607<br>44 Broad Street<br>N.W. Atlanta, GA 30303<br>Telephone (404) 522-1152<br>Facsimile (404) 522-1133<br>Joshua.millican@lawofficepc.com |

**Attorneys for Plaintiff**

By: /s/ Michele. Floyd
Michele Floyd (SBN 163031)
Michele@zwillgen.com
ZWILLGEN LAW LLP
915 Battery Street, Second Floor
Suite 3
San Francisco, CA 94403
Telephone no.: (415) 590-2340
Attorney for Defendant
Yahoo! Inc.

3

[PROPOSED] ORDER TO MODIFY BRIEFING                             Case No. 5:12-cv-05173 LHK
SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE