1

Michele Floyd (SBN 163031)
michele@zwillgen.com

2

ZWILLGEN LAW LLP
915 Battery Street, Second Floor

3

Suite 3

4

San Francisco, CA 94111
Telephone: (415) 590-2340

5

6

Marc J. Zwillinger (*admitted pro hac vice*)
Marc@zwillgen.com

7

ZWILLGEN PLLC
1705 N. St. NW

8

Washington, DC  20036
Telephone:  (202) 296-3585

9

10

**Attorneys for Defendant**
YAHOO! INC.

11

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

**SAN JOSE DIVISION**

15

ELIZABETH MCINNISH, on behalf of
herself and all others similarly situated,

16

                        Plaintiff,

17

18

       v.

19

20

YAHOO! Inc.,

21

                    Defendant.

22

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:12-cv-05173 LHK

**[PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE AND
CONTINUE CASE MANAGEMENT
CONFERENCE**

Judge:  Hon. Judge Lucy H. Koh

23

    WHEREAS, Defendant Yahoo! filed a motion to dismiss which is scheduled for hearing on

24

May 9, 2013;

25

    WHEREAS, the parties wish to modify the briefing schedule on that motion and, for the sake

26

of efficiency, wish to continue the February 27, 2013 Case Management Conference and related

27

papers until after the motion to dismiss is heard on May 9, 2013;

28

///

1

[PROPOSED] ORDER TO MODIFY BRIEFING
SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE

Case No. 5:12-cv-05173 LHK

1    WHEREAS, the parties therefore request that the Court continue the February 27, 2013 Case

2  Management Conference and modify the briefing schedule on the motion to dismiss as set forth

3  below;

4    IT IS HEREBY STIPULATED, by and between the parties' counsel hereto, subject to

5  approval by the Court, as follows:

6    1.    Plaintiff's Opposition papers to the Motion to dismiss will be filed and served on

7        March 8, 2013;

8    2.    Defendant's Reply brief will be filed and served on April 8, 2013;

9    3.    The Case Management Conference scheduled for February 27, 2013, shall be continued

10       to May 9, 2013 at 1:30 p.m.;

11    4.    The parties will file their Joint Case Management Statement on or before

12       April 25, 2013.

13

14  Dated:    January 16, 2013                **Law Office of Joshua A. Millican, P.C.**

15

16                                          /s/ Joshua A. Millican
                                            Joshua A. Millican (*pro hac vice*)
17                                          Attorneys for Plaintiff

18

19  Dated:    January 16, 2013                **ZWILLGEN LAW LLP**

20

21                                          /s/ Michele D. Floyd
                                            Attorneys for Defendant Yahoo! Inc.

22

23

24  **IT IS SO ORDERED.**

25

26  Dated:  January 22, 2013                 *Lucy H. Koh*

27                                          Judge of the United States District Court

28

2

[PROPOSED] ORDER TO MODIFY BRIEFING                          Case No. 5:12-cv-05173 LHK
SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on January 16, 2013, I electronically filed the foregoing **[PROPOSED]**

3

**ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT**

4

**CONFERENCE** with the Clerk of the Court using the CM/ECF system, which sent notification of

5

such filing to the following:

6

7

8

Jeffrey L. Anderson, Esq.                              Joshua A. Millican, Esq.
Attorney at Law                                        Law Office of Joshua A. Millican P.C.

9

1500 7th Street, Apt. 12G                              The Grant Building, Suite 607
Sacramento, CA 95814                                   44 Broad Street

10

Telephone: (916) 397-8418                              N.W. Atlanta, GA 30303
Janderson.law30@yahoo.com                              Telephone (404) 522-1152

11

                                                       Facsimile (404) 522-1133
                                                       Joshua.millican@lawofficepc.com

12

13

**Attorneys for Plaintiff**

14

15

16

By:  /s/ Michele. Floyd

17

     Michele Floyd (SBN 163031)
     Michele@zwillgen.com

18

     ZWILLGEN LAW LLP
     915 Battery Street, Second Floor

19

     Suite 3
     San Francisco, CA 94403

20

     Telephone no.: (415) 590-2340

21

     Attorney for Defendant
     Yahoo! Inc.

22

23

24

25

26

27

28

3