Jeffrey L. Anderson (SBN 157982)
janderson.law30@yahoo.com
1500 7th Street
Apt. 12G
Sacramento, CA 95814
Telephone: (916) 397-8418

Joshua A. Millican (*admitted pro hac vice*)
joshua.millican@lawofficepc.com
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
44 Broad Street NW, Suite 607
Atlanta, GA 30303
Telephone:  (404) 522-1152

**Attorneys for Plaintiff**
ELIZABETH MCINNISH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELIZABETH MCINNISH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO! Inc.,<br><br>Defendant. | Case No. 5:12-cv-05173 LHK<br><br>**STIPULATED [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>Judge:  Hon. Judge Lucy H. Koh |

WHEREAS, Defendant Yahoo! filed a motion to dismiss which is scheduled for hearing on May 9, 2013;

WHEREAS, the parties wish to modify the briefing schedule on that motion to discuss a possible resolution of this case;

WHEREAS, this Court previously modified the briefing schedule at the request of the parties in an Order dated January 22, 2013, (Dkt. 16);

WHEREAS, the requested time modification will have no effect on the schedule for the case;

WHEREAS the parties therefore request that the Court modify the briefing schedule on the motion to dismiss as set forth below;

IT IS HEREBY STIPULATED, by and between the parties' counsel hereto, subject to approval by the Court, as follows:

1. Plaintiff's Opposition papers to the Motion to Dismiss will be filed and served on March 22, 2013;
2. Defendant's Reply brief will be filed and served on April 22, 2013;
3. The hearing on the Motion to Dismiss shall remain scheduled for May 9, 2013 at 1:30 p.m.
4. The Case Management Conference shall remain scheduled for May 9, 2013 at 1:30 p.m.;
5. The parties will still file their Joint Case Management Statement on or before April 25, 2013.

Dated: March 2, 2013        **Law Office of Joshua A. Millican, P.C.**

/s/ Joshua A. Millican
Joshua A. Millican (*admitted pro hac vice*)
Attorney for Plaintiff

Dated: March 2, 2013        **ZWILLGEN PLLC**

/s/ Marc J. Zwillinger
Marc J. Zwillinger (*admitted pro hac vice*)
Attorneys for Defendant Yahoo! Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/05/2013        *Lucy H. Koh*
Honorable Lucy H. Koh
Judge of the United States District Court

**FILER'S ATTESTATION PURSUANT TO CIV. L. R. 5-1(i)(3)**

By his signature below, and pursuant to Civil Local Rule 5-1(i)(3), counsel for Plaintiff attests that counsel for Defendant, whose electronic signature appears above, has concurred in the filing of this Stipulated Proposed Order to Modify Briefing Schedule.

Dated:   March 2, 2013                                          **Law Office of Joshua A. Millican, P.C.**

/s/ Joshua A. Millican
Joshua A. Millican (*admitted pro hac vice*)
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2013, I electronically filed the foregoing **STIPULATED [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Michele Floyd (SBN 163031)<br>michele@zwillgen.com<br>ZWILLGEN LAW LLP<br>915 Battery Street, Second Floor<br>Suite 3<br>San Francisco, CA 94111<br>Telephone: (415) 590-2340 | Marc J. Zwillinger<br>Marc@zwillgen.com<br>ZWILLGEN PLLC<br>1705 N. St. NW<br>Washington, DC  20036<br>Telephone:  (202) 296-3585 |

**Attorneys for Defendant**

By: /s/ Joshua A. Millican
Joshua A. Millican (*admitted pro hac vice*)
joshua.millican@lawofficepc.com
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
44 Broad Street NW, Suite 607
Atlanta, GA 30303
Telephone no.: (404) 522-1152
Attorney for Plaintiff, Elizabeth McInnish