Jeffrey L. Anderson (SBN 157982)
janderson.law30@yahoo.com
1500 7th Street
Apt. 12G
Sacramento, CA 95814
Telephone: (916) 397-8418

Joshua A. Millican (*admitted pro hac vice*)
joshua.millican@lawofficepc.com
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
44 Broad Street NW, Suite 607
Atlanta, GA 30303
Telephone:  (404) 522-1152

**Attorneys for Plaintiff**
ELIZABETH MCINNISH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELIZABETH MCINNISH, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>YAHOO! Inc.,<br><br>　　　　　Defendant. | Case No. 5:12-cv-05173 LHK<br><br>**STIPULATED [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>Judge:  Hon. Judge Lucy H. Koh |

　　　WHEREAS, Defendant Yahoo! filed a motion to dismiss which is scheduled for hearing on May 9, 2013;

　　　WHEREAS, the parties wish to modify the briefing schedule on that motion;

　　　WHEREAS, the requested modification to the briefing schedule will have no effect on the hearing date for the motion to dismiss or the Case Management Conference, also scheduled for May 9, 2013;

1  WHEREAS, this Court has previously modified the briefing schedule only once at the request of the parties in an Order dated January 22, 2013, (Dkt. 16) and once thereafter with no effect on the hearing date for the motion to dismiss or the Case Management Conference in an Order dated March 5, 2013, (Dkt. 18);

WHEREAS the parties therefore request that the Court modify the briefing schedule on the motion to dismiss as set forth below:

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel and subject to approval by the Court, as follows:

1. Plaintiff's Opposition papers to the Motion to Dismiss will be filed and served on April 5, 2013;
2. Defendant's Reply brief will be filed and served on April 26, 2013;
3. The hearing on the Motion to Dismiss shall remain scheduled for May 9, 2013 at 1:30 p.m.
4. The Case Management Conference shall remain scheduled for May 9, 2013 at 1:30 p.m.;
5. The parties will still file their Joint Case Management Statement on or before April 25, 2013.

Dated:   March 19, 2013             **Law Office of Joshua A. Millican, P.C.**

/s/ Joshua A. Millican
Joshua A. Millican (*admitted pro hac vice*)
Attorney for Plaintiff

Dated:   March 19, 2013             **ZWILLGEN LAW LLP**

/s/ Michele Floyd
Michele Floyd (SBN 163031)
Attorneys for Defendant Yahoo! Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/22/2013

_____
Honorable Lucy H. Koh
Judge of the United States District Court

STIPULATED [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE     Case No. 5:12-cv-05173 LHK

**FILER'S ATTESTATION PURSUANT TO CIV. L. R. 5-1(i)(3)**

By his signature below, and pursuant to Civil Local Rule 5-1(i)(3), counsel for Plaintiff attests that counsel for Defendant, whose electronic signature appears above, has concurred in the filing of this Stipulated Proposed Order to Modify Briefing Schedule.

Dated:   March 19, 2013                              **Law Office of Joshua A. Millican, P.C.**

/s/ Joshua A. Millican
Joshua A. Millican (*admitted pro hac vice*)
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2013, I electronically filed the foregoing **STIPULATED [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Michele Floyd (SBN 163031)<br>michele@zwillgen.com<br>ZWILLGEN LAW LLP<br>915 Battery Street, Second Floor<br>Suite 3<br>San Francisco, CA 94111<br>Telephone: (415) 590-2340 | Marc J. Zwillinger<br>Marc@zwillgen.com<br>ZWILLGEN PLLC<br>1705 N. St. NW<br>Washington, DC 20036<br>Telephone: (202) 296-3585 |

**Attorneys for Defendant**

By: /s/ Joshua A. Millican
Joshua A. Millican (*admitted pro hac vice*)
joshua.millican@lawofficepc.com
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
44 Broad Street NW, Suite 607
Atlanta, GA 30303
Telephone no.: (404) 522-1152
Attorney for Plaintiff, Elizabeth McInnish